# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sudie E. Allen,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:05-cv-321

Jo Anne B. Barnhart,

        Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/29/2007 Order.


                                                      Signed: October 29, 2007

                                                      Frank G. Johns, Clerk
                                                      United States District Court